**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*
Ana Ficklen; and, Todd Eichel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA FICKLEN; AND, TODD EICHEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>Defendant. | **Case No.:** 13-cv-671 LAB (DHB)<br><br>**JOINT MOTION TO STAY ACTION PENDING MEDIATION** |

///

///

///

---

**JOINT MOTION TO STAY ACTION PENDING MEDIATION**          PAGE 1 OF 3

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs ANA FICKLEN; and, TODD EICHEL ("Plaintiffs") and Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant") by and through their counsel of record, hereby lodge this Joint Motion requesting the following:

WHEREAS, Plaintiffs filed Plaintiffs' Complaint on March 21, 2013;

WHEREAS, Defendant Answered Plaintiffs' Complaint on May 21, 2013;

WHEREAS, the Parties continue to work towards settlement and are in the process of arranging mediation of this matter before the Honorable Herbert B. Hoffman, Ret. of Judicate West and anticipate that said mediation will take place in mid-March 2014.

WHEREAS, the Parties agree to stay all written discovery, depositions and filing deadlines, including Plaintiff's Motion for Class Certification, to allow for mediation and avoid the expenses associated with continuing prosecution and opposition of this matter;

WHEREAS, the Parties agree that if this matter is not resolved at the anticipated mediation, the Parties will resume discovery and request a new deadline for Plaintiff's Motion for Class Certification; and,

WHEREAS, this Joint Motion is made in good faith and not for purposes of undue delay.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record that this Action shall be stayed while the Parties pursue mediation.

Date: January 31, 2014                                  **KAZEROUNI LAW GROUP, APC**

                                                        By:  /s Matthew M. Loker
                                                        MATTHEW M. LOKER, ESQ.
                                                        ATTORNEY FOR PLAINTIFFS

Date: January 31, 2014          SMITH, GAMBRELL & RUSSELL, LLP

By: /s Scott S. Gallagher
SCOTT S. GALLAGHER, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Scott S. Gallagher, counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Date: January 31, 2014          KAZEROUNI LAW GROUP, APC

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFFS