# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ANA FICKLEN; and TODD EICHEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>ENCHANCED RECOVERY COMPANY, LLC,<br><br>Defendant. | CASE NO. 13cv0671-LAB (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY** |

The parties have jointly moved to stay this action pending mediation, which is scheduled for mid-March. The joint motion is **GRANTED** and this case is stayed until March 31, 2014. After that date, the parties shall either resume litigation, file a motion to dismiss, or request that the stay be extended. If they are requesting an extension of the stay, their request should explain why it is needed, and when it will no longer be needed. This order does not extend any dates set forth in the scheduling order (Docket no. 20).

**IT IS SO ORDERED**.

DATED: February 4, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

13cv671