**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiffs,*
Ana Ficklen; and, Todd Eichel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA FICKLEN; AND, TODD EICHEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>Defendant. | **Case No.:** 13-cv-671 LAB (DHB)<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiffs ANA FICKLEN; and, TODD EICHEL ("Plaintiffs") and Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of the Action with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 2, 2014 for filing a Joint Dismissal.

Dated: May 2, 2014                                                     Respectfully submitted,

                                                                                       **KAZEROUNI LAW GROUP, APC**

                                                                                       By: ____/s/ Matthew M. Loker____
                                                                                                MATTHEW M. LOKER, ESQ.
                                                                                                ATTORNEY FOR PLAINTIFFS

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626