# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ANA FICKLEN; and TODD EICHEL, individually and on behalf of all others similarly situated, | CASE NO. 13cv0671-LAB (DHB) |
|---|---|
| Plaintiffs | **ORDER STAYING CASE; AND** |
| vs. | **ORDER REQUIRING JOINT MOTION TO DISMISS** |
| ENCHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

Plaintiffs have filed a notice that the case has been settled, and they request that all filing requirements and pending dates be vacated until July 2, 2014. The parties also jointly requested that the stay be extended. For good cause shown, the request and joint motion are **GRANTED**. No later than **July 2, 2014**, the parties shall file a joint motion of dismissal that complies with paragraph 3 of the Court's own Standing Order. Until that time, they need not file anything else in this case.

**IT IS SO ORDERED**.

DATED: May 5, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

13cv671