**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

*Attorneys for Plaintiffs,*
Ana Ficklen; and, Todd Eichel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANA FICKLEN; AND, TODD EICHEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ENHANCED RECOVERY COMPANY, LLC,**<br><br>Defendant. | **Case No.:** 13-cv-671 LAB (DHB)<br><br>**JOINT MOTION TO DISMISS THE ACTION WITH PREJUDICE AS TO PLAINTIFF ANA FICKLEN AND WITHOUT PREJUDICE AS TO PLAINTIFF TODD EICHEL AND THE PUTATIVE CLASS MEMBERS PURSUANT TO FRCP 41(A)** |

///
///
///
///
///
///
///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Plaintiffs ANA FICKLEN; and, TODD EICHEL ("Plaintiffs") and Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and, (iv) the putative class members are being dismissed without prejudice.

Plaintiffs and Defendant hereby jointly move to dismiss the Action WITH PREJUDICE as to Plaintiff Ana Ficklen and WITHOUT PREJUDICE as to Plaintiff Todd Eichel the putative class members with each party to bear its own costs and attorneys' fees.

Date: August 14, 2014                    **KAZEROUNI LAW GROUP, APC**

                                         By:    /s Abbas Kazerounian
                                              ABBAS KAZEROUNIAN, ESQ.
                                              ATTORNEY FOR PLAINTIFF

///

///

///

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a **certified** class may be settled, voluntarily dismissed, or compromised only with the court's approval

| | |
|---|---|
| Date: August 14, 2014 | **SMITH, GAMBRELL & RUSSELL, LLP** |
| | By: _____/s Scott S. Gallagher___ |
| | SCOTT S. GALLAGHER, ESQ. |
| | ATTORNEY FOR DEFENDANT |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

| | |
|---|---|
| Date: August 14, 2014 | **KAZEROUNI LAW GROUP, APC** |
| | By: _____/s Abbas Kazerounian_____ |
| | ABBAS KAZEROUNIAN, ESQ. |
| | ATTORNEY FOR PLAINTIFF |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN: 216752)
tfriedman@AttorneysForConsumers.com
369 S. Doheny Dr., #725
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

JOINT MOTION TO DISMISS THE ACTION WITH PREJUDICE AS TO PLAINTIFF ANA FICKLEN AND WITHOUT PREJUDICE AS TO PLAINTIFF TODD EICHEL AND THE PUTATIVE CLASS MEMBERS PURSUANT TO FRCP 41(A)    PAGE 3 OF 3