1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   ANA FICKLEN; and TODD EICHEL,<br>individually and on behalf of all others<br>12   similarly situated, | CASE NO. 13cv0671-LAB (DHB)<br><br>**ORDER OF DISMISSAL** |
| 13                              Plaintiffs | |
| 14           vs.<br>ENCHANCED RECOVERY COMPANY,<br>LLC, | |
| 15 | |
| 16                             Defendant. | |

17

18        The joint motion to dismiss (Docket no. 33) is **GRANTED**. Pursuant to Fed. R. Civ.

19   P. 41(a), the claims of Plaintiff Ana Ficklen are **DISMISSED WITH PREJUDICE**. Claims by

20   Plaintiff Todd Eichel and the putative class members are **DISMISSED WITHOUT**

21   **PREJUDICE**. All pending dates are **VACATED** and all pending motions are **DENIED AS**

22   **MOOT**. The parties shall each bear their own costs and attorney's fees.

23

24        **IT IS SO ORDERED**.

25   DATED:  August 15, 2014

26

27   **HONORABLE LARRY ALAN BURNS**
     United States District Judge

28

13cv671